United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

April 23 20 13
Roberta D. Tabora, Clerk
By: D. Shallu
Deputy Clerk

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:13CR 79 ( )(SRU) |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| STEVEN FINKLER | : | 18 U.S.C. § 1344 (Bank Fraud) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Bank Fraud)

Between approximately July 19 and July 26, 2012, in the District of Connecticut and elsewhere, the defendant STEVEN FINKLER knowingly executed and attempted to execute a scheme and artifice to defraud Sovereign Bank, an insured depository institution (as defined in section 3(c)(2) of the Federal Deposit Insurance Act), and to obtain moneys, funds, credits, assets, and securities owned by and under the custody or control of Sovereign Bank by means of false and fraudulent pretenses, representations, and promises, to wit, he caused a counterfeit check in the amount of $10,000.46, made payable to himself, bearing check number 917362626, and drafted on an account ending in 4201 at Fidelity Brokerage Services, LCC, to be deposited into his account at Sovereign Bank and caused the proceeds of such counterfeit check to be withdrawn before the fraud was discovered.

All in violation of Title 18, United States Code, Section 1344.

UNITED STATES OF AMERICA

DAVID B. FEIN
UNITED STATES ATTORNEY

VANESSA RICHARDS
ASSISTANT UNITED STATES ATTORNEY